Same case below, 202 N.C. App. 553, 691 S.E.2d 417.

**No. 10-777. Romala Stone, Inc., Petitioner v. Home Depot U.S.A., Inc.**

562 U.S. 1201, 131 S. Ct. 1055, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 1022.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 392 Fed. Appx. 875.

**No. 10-818. Richard E. Walbaum, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 1201, 131 S. Ct. 1056, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 1046.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 387 Fed. Appx. 668.

**No. 10-5764. Leslie Dawn Eagle, Petitioner v. Yerington Paiute Tribe.**

562 U.S. 1202, 131 S. Ct. 1042, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 920.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 603 F.3d 1161.

**No. 10-6017. Lynn Eugene Scott, Petitioner v. Mr. Urlich, et al.**

562 U.S. 1202, 131 S. Ct. 1042, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 988.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 370 Fed. Appx. 970.

**No. 10-6695. Maria Maricela Martinez-Mendoza, Petitioner v. United States.**

562 U.S. 1202, 131 S. Ct. 1043, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 1009.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 338.

**No. 10-6753. Alfred Evans, Petitioner v. United States.**

562 U.S. 1202, 131 S. Ct. 1043, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 932.

January 24, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 987 A.2d 1138.

**No. 10-6756. DeAaron Fields, Petitioner v. West Virginia.**

562 U.S. 1202, 131 S. Ct. 1044, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 940.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 225 W. Va. 753, 696 S.E.2d 269.